UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DENVER IVAN WILSON,

        Plaintiff,

v.                     Case No. 3:05-cv-547-J-16HTS

MIRA BERRY, et al.,

        Defendants.

### ORDER OF TRANSFER

Plaintiff, an inmate of the John E. Polk Correctional Facility, Sanford, Florida, which is located in the Orlando Division of this Court, filed a civil rights complaint alleging events which occurred at Seminole County, Florida. Pursuant to Local Rule 1.02(c), this case is transferred to the **Orlando Division** for all further proceedings, and the Clerk shall immediately forward the file to that Division.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of June, 2005.

                                     JOHN H. MOORE II
                                     United States District Judge

sa 6/21
c:
Denver Ivan Wilson